ASTORIA FEDERAL MORTGAGE COPORATION *v.*
ARTHUR MATSCHKE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 111 Conn. App. 462 (AC 29428), is denied.

*Gregory J. Cava,* in support of the petition.

Decided January 22, 2009

IN RE JALYN H. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court (AC 30085) is denied.

*Susan M. Phillips,* in support of the petition.

*Susan T. Pearlman,* assistant attorney general, in opposition.

Decided January 22, 2009

JOHN ACKEIFI ET AL. *v.* TOWN OF BLOOMFIELD

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 30319) is denied.

*Jerry V. Leaphart,* in support of the petition.

*Philip T. Newbury, Jr.,* in opposition.

Decided January 22, 2009